| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorney for Defendant
TATIANA ASCENCIO ALVARENGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:17-mj-00082-MJS |
|---|---|
| Plaintiff, | ) **MOTION TO VACATE BRIEFING** |
| | ) **SCHEDULE AND TAKE MATTER OFF** |
| vs. | ) **CALENDAR; ORDER** |
| | ) |
| TATIANA ASCENCIO ALVARENGA, | ) Hon. Michael J. Seng |
| | ) |
| Defendant. | ) |

On November 28, 2017, this Court set a briefing scheduling for a motion to suppress in Case No. 6:17-mj-00082-MJS. The parties have since reached a resolution. Accordingly, the parties request the briefing schedule to be vacated and the matter to be taken off calendar. The parties will inform the Court if the matter needs to be put back on calendar.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 19, 2018        */s/ Hope Alley*
                              HOPE ALLEY
                              Assistant Federal Defender
                              Attorney for Defendant
                              TATIANA ASCENCIO ALVARENGA

**O R D E R**

**Pursuant to the request of the parties,** the Court will vacate the briefing schedule and the date for a hearing on motion to suppress in Case No. 6:17-mj-00082-MJS.

IT IS SO ORDERED.

Dated:    January 19, 2018       /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE