Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TATIANA ASCENCIOALVARENGA,<br><br>Defendant. | No. 6:17-MJ-0082-JDP<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

    The defendant having met all conditions of the Deferred Prosecution Agreement entered into with the Government, the United States hereby moves the Court for an order of dismissal pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed hereon.

    Dated: January 29, 2019                  /S/ Susan St. Vincent_____
                                                        Susan St. Vincent
                                                        Legal Officer
                                                        Yosemite National Park

| | |
|---|---|
| 1 | **<u>ORDER</u>** |
| 2 | |
| 3 | Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. AscencioAlvarenga 6:17-MJ-0082-JDP*, be dismissed, without prejudice, in the interest of justice. |

IT IS SO ORDERED.

Dated:  January 31, 2019   _____
UNITED STATES MAGISTRATE JUDGE